**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| USA PRIME BASEBALL, LLC, § § § § *Plaintiff*, § § v. § Civil Action File No. _____ § JOSEPH ODAK and § USA SHOWCASE INC., § § *Defendants*. § | |

**COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT,
FEDERAL UNFAIR COMPETITION, AND VIOLATION OF THE
<u>GEORGIA UNIFORM DECEPTIVE TRADE PRACTICES ACT</u>**

Plaintiff USA Prime Baseball, LLC ("USA Prime"), by and through its attorneys, Barnes & Thornburg LLP, files this Complaint against Defendants Joseph Odak and USA Showcase Inc. (collectively "Defendants") and alleges as follows:

**NATURE OF ACTION**

1. USA Prime is a fast-growing youth baseball organization that organizes, develops, mentors, and trains elite youth baseball teams across the country. USA Prime brings this action because Defendants have refused to cease their misappropriation of USA Prime's federally registered USA PRIME trademark in conjunction with Defendants' own youth baseball teams, in an intentional effort

to trade off the valuable goodwill that USA Prime has built up in its mark. Defendants' unauthorized and infringing use of USA Prime's trademark is likely to cause confusion, harm the public, and damage USA Prime's valuable rights. Accordingly, USA Prime brings this civil action seeking damages and injunctive relief for willful trademark infringement and unfair competition under the laws of the United States, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act") and the Georgia Uniform Deceptive Trade Practices Act ("UDTPA"), O.C.G.A. § 10-1-370 *et seq*.

## THE PARTIES

2.     USA Prime is a Texas limited liability company with its principal place of business in Dallas, Texas.

3.     Upon information and belief, Defendant Joseph Odak is an individual who resides at 6314 Clearview Court, Alpharetta, Georgia 30005.

4.     Upon information and belief, Defendant USA Showcase, Inc. ("USA Showcase") is a defunct Georgia corporation with its principal place of business at 6314 Clearview Court, Alpharetta, Georgia 30005.  Upon information and belief, Mr. Odak is the principal of USA Showcase and has at all times directed and controlled the actions of USA Showcase complained of herein.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over USA Prime's claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367. USA Prime's claims arise under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.* and therefore arise out of the laws of the United States, particularly laws related to trademarks. The Court also has supplemental jurisdiction over USA Prime's state law claims pursuant to 28 U.S.C. § 1367 as they arise from the same operative facts or are otherwise so related to its Lanham Act claims that they form part of the same case or controversy under Article III of the United States Constitution.

6. Personal jurisdiction over Defendants is proper because they are both residents of the State of Georgia.

7. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims alleged herein occurred in this District.

## FACTUAL BACKGROUND

**I.      USA Prime's History and Federally Registered Trademark**

8. Formed in January 2018, USA Prime is quickly becoming one of the premier elite youth baseball organizations in the United States. In under three years,

USA Prime has organized approximately 200 elite youth baseball teams throughout the United States, including in Texas, Oklahoma, Colorado, Virginia, and Michigan.

9. On August 6, 2018, USA Prime applied for registration of its USA PRIME mark with the United States Patent and Trademark Office ("USPTO"). The USPTO published USA Prime's application on January 9, 2019, and no opposition to the application was filed. On April 16, 2019, the USPTO granted USA Prime a federal registration for its USA PRIME mark, U.S. Reg. No. 5,726,008, for "Arranging and conducting youth sports programs; Arranging and conducting youth sports programs in the field of baseball; Coaching in the field of sports; Providing group coaching in the field of baseball; Sports training services; and Sports training services in the field of baseball." *See* <u>Exhibit A</u>. Both prior to and after obtaining federal registration, USA Prime consistently used its USA PRIME mark in commerce.

**II.    Defendants' Wrongful Acts**

10. Upon information and belief, Defendants purport to organize youth baseball teams in and around Alpharetta, Georgia.

11. Rather than develop their own brand, Defendants have chosen to market their youth baseball teams using USA Prime's USA PRIME mark, without authorization or license.

12. In October 2018, USA Prime learned that Defendants were misappropriating its USA PRIME mark. Accordingly, USA Prime promptly wrote to Defendants detailing its rights in the USA PRIME mark and demanding that Defendants and any other individuals or entities associated with Defendants immediately cease and desist all use of the name USA PRIME, USA PRIME BASEBALL, and any other similar names for its baseball services, coaching, teams, and tournaments, on websites, collateral materials, merchandise, social media, and in all other manner or media. *See* <u>Exhibit B</u>. In addition, USA Prime demanded that Defendants modify their promotional materials and all other communications to remove all usage of the USA PRIME mark. *Id.*

13. Defendants did not respond to USA Prime, and, instead, continued to infringe on USA Prime's mark. For instance, Defendants secured the domain name "usaprime.org" where they state, among other things: "USA PRIME BASEBALL organization is offering a summer-long, on-site, baseball immersion academy." *See* <u>Exhibit C</u>.[1] In addition, Defendants operate a Facebook page where they use the USA PRIME mark and state: "USA Prime is an Elite Travel Baseball Program

---

[1] Shortly before USA Prime commenced this action, Defendants appeared to have disabled their offending website. Nevertheless, a Google search of "Joseph Odak USA Prime" still yields results with links to Defendants now-disabled offending website.

Located out of PBR Fields at LakePoint in Emerson, GA. As well as, Sawnee Mountain Park in Cumming, GA." See <u>Exhibit D</u>. Similarly, in June and July 2020, Defendants entered youth baseball teams in tournaments using the USA PRIME mark. See <u>Exhibit E</u>.

14. Upon information and belief, Defendants adopted and use the USA PRIME mark with full knowledge of, and in willful disregard of USA Prime's intellectual property rights, and with the intent to take advantage of the goodwill that USA Prime has developed in the USA PRIME mark.

## CAUSES OF ACTION

### COUNT I
### Federal Trademark Infringement

15. USA Prime repeats and incorporates by reference the allegations in Paragraphs 1-14 above as if fully set forth here.

16. Defendants' acts are likely to cause confusion, mistake, or deception as to source, affiliation, or sponsorship, in violation of 15 U.S.C. § 1114.

17. Upon information and belief, Defendants adopted and use the USA PRIME mark with full knowledge of, and in willful disregard of USA Prime's rights in its trademark, and with the intent to obtain a commercial advantage that Defendants would not otherwise have, making this an exceptional case pursuant to 15 U.S.C. § 1117.

18. Upon information and belief, Defendants' conduct is willful, deliberate, intentional, and in bad faith, making this an exceptional case.

19. USA Prime has been, and will continue to be, damaged by Defendants' infringement in an amount to be determined at trial.

20. Defendants' acts also are greatly and irreparably damaging to USA Prime and will continue to damage USA Prime unless enjoined by the Court such that USA Prime is without an adequate remedy at law.

## COUNT II
## Federal Unfair Competition

21. USA Prime repeats and incorporates by reference the allegations in Paragraphs 1-20 above as if fully set forth here.

22. Defendants' acts are likely to cause confusion or mistake, or to deceive as to Defendants' affiliation, connection, or association with USA Prime, or as to the origin, sponsorship, or approval of Defendants' services.  Defendants acts constitute unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

23. Upon information and belief, Defendants' conduct is willful, deliberate, intentional, and in bad faith, making this an exceptional case.

24. USA Prime has been, and will continue to be, damaged by Defendants' infringement in an amount to be determined at trial.

25. Defendants' acts are also greatly and irreparably damaging to USA Prime and will continue to damage USA Prime unless enjoined by the Court such that USA Prime is without an adequate remedy at law.

**COUNT III**
**Deceptive Trade Practices Pursuant to O.C.G.A. § 10-1-371, *et seq*.**

26. USA Prime repeats and incorporates by reference the allegations in Paragraphs 1-25 above as if fully set forth here.

27. Defendants have knowingly and willfully engaged in deceptive trade practices within the meaning of O.C.G.A. § 10-1-372 by passing off their services as those of another, causing a likelihood of confusion or misunderstanding as to the source, sponsorship, approval or certification of their services, and causing a likelihood of confusion or misunderstanding as to affiliation, connection, or association with USA Prime.

28. Defendants' deceptive trade practices have caused and will continue to cause damage to USA Prime, for which USA Prime has no adequate remedy at law. Accordingly, USA prime is entitled to injunctive relief under O.C.G.A. § 10-1-373(a).

29. Defendants have willfully engaged in deceptive trade practices knowing them to be deceptive. Accordingly, USA Prime is entitled to recover attorneys' fees under O.C.G.A. § 10-1-373(b).

## COUNT IV
## Attorneys' Fees and Expenses of Litigation Pursuant to O.C.G.A. § 13-6-11

30. USA Prime repeats and incorporates by reference the allegations in Paragraphs 1-29 above as if fully set forth here.

31. As set forth herein, Defendants have acted in bad faith and caused USA Prime unnecessary trouble and expense. Accordingly, USA Prime is entitled to recover its reasonable attorneys' fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11.

## PRAYER FOR RELIEF

WHEREFORE, USA Prime respectfully requests that this Court:

a. Enter judgment that Defendants have violated the Lanham Act and the UDTPA, and that such violations were willful and intentional;

b. Issue a preliminary and permanent injunction enjoining and restraining Defendants and their officers, agents, servants, employees, successors, assigns, and all other persons acting in concert or in participation with, or affiliated with them, jointly and severally, from directly or indirectly engaging in any further trademark infringement, unfair competition, or deceptive trade practices, including making, offering for sale, or selling any products or services that feature marks confusingly similar to the USA PRIME mark;

c. Require Defendants to immediately recall from all distribution channels all products, packaging, advertising or promotional materials bearing or infringing on the USA PRIME mark;

d. Require Defendants to immediately and permanently disable the "usaprime.org" website and/or cease using the USA PRIME mark or any other marks that are confusingly similar to the USA PRIME mark on the "usaprime.org" website, Defendants' Facebook page, or any other manner or media;

e. Order Defendants to account to USA Prime all profits wrongfully derived by their unlawful conduct and pay to USA Prime all monetary and/or statutory damages sustained and to be sustained by USA Prime as a consequence of Defendants' unlawful conduct, including lost profits and corrective advertising damages, in an amount to be determined at trial;

f. Order Defendants to pay USA Prime's reasonable and necessary attorneys' fees and costs associated with this action; and

g. Order Defendants to pay all pre- and post-judgment interest as permitted by law.

Respectfully submitted this 6th day of November, 2020.

/s/ *Eric S. Fisher*
Eric S. Fisher
Georgia Bar No. 250428
BARNES & THORNBURG LLP
3475 Piedmont Road N.E., Suite 1700
Atlanta, Georgia 30305-3327
Tel: (404) 264-4045
efisher@btlaw.com

Luke Wohlford
Texas Bar No. 24070871
(*pro hac vice* application to be filed)
BARNES & THORNBURG LLP
2121 Pearl Street, Suite 700
Dallas, Texas 75201
Tel: (214) 258-4106
luke.wohlford@btlaw.com

*Attorneys for Plaintiff*
*USA Prime Baseball, LLC*