# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| USA PRIME BASEBALL, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. |
| | : 2:20-cv-00262-RWS |
| JOSEPH ODAK and USA SHOWCASE, INC., | : |
| | : |
| Defendants. | : |
| | : |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order entered on March 30, 2021 (Dkt. 14), Plaintiff USA Prime Baseball, LLC ("USA Prime") respectfully submits this Status Report.

1.      The Court's Order notes that USA Prime commenced this action on November 9, 2020, Defendants' answers were due on December 7, 2020, but, as of the date of the Court's Order, no substantive action had taken place in this case. Accordingly, the Court ordered USA Prime to provide a status report to the Court by April 13, 2021.  (Dkt. 14).

2.      On April 6, 2021, USA Prime filed its Request for Clerk's Entry of Default, supported by an affidavit of USA Prime's counsel.  (Dkt. 16).

3.     On April 12, 2021, the Clerk entered default against Defendants Joseph Odak and USA Showcase, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

4.     USA Prime is in the process of preparing a Motion for Default Judgment and supporting affidavits pursuant to Federal Rule of Civil Procedure 55(b), which it will file for the Court's consideration.

Dated:  April 13, 2021                     Respectfully submitted,

*/s/ Alice E. Snedeker*
Alice E. Snedeker (GBN 151066)
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, GA  30309
Telephone:  404.253.6989

Lucas Wohlford (TX Bar No. 24070871)
lwohlford@duanemorris.com
*Admitted Pro Hac Vice*
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, TX  75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

**COUNSEL FOR PLAINTIFF**
**USA PRIME BASEBALL, LLC**

DM1\11955749.1

## <u>CERTIFICATES OF SERVICE AND COMPLIANCE WITH LR 5.1</u>

I HEREBY CERTIFY that on April 13, 2021, the foregoing document was electronically filed with the Clerk of Court using this Court's CM/ECF system, and that a copy of the foregoing document will be served this day on the parties via U.S. Mail and sent to the addresses below.  I further certify that the foregoing document has been prepared in compliance with the requirements of LR 5.1 using 14-point Times New Roman font.

Joseph Odak
2687 Francis Road
Alpharetta, GA 30004

USA Showcase, Inc.
c/o Joseph Odak
2687 Francis Road
Alpharetta, GA 30004

*/s/ Alice E. Snedeker*
Alice E. Snedeker

DM1\11955749.1